467 A.2d 59

Commonwealth v. Martray, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted March 30, 1983. Anthony S. Dedola, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Affirmed.

BROSKY, J. filed a memorandum concurring statement.